IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DALE CLAYTON GAVER, III,<br><br>　　　　　　Defendant. | 8:19MJ233<br><br>ORDER |

　　This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Guy K. Weinstein, as a Criminal Justice Act Training Panel Member, to assist in the defense of Dale Clayton Gaver, III.

　　Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Guy K. Weinstein is hereby assigned to assist AFPD Richard H. McWilliams in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Guy K. Weinstein shall not be eligible to receive compensation for his services in this case.

　　AFPD Richard H. McWilliams shall continue to be primary counsel on behalf of the Defendant, Dale Clayton Gaver, III.

　　DATED this 17th day of May, 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　United States Magistrate Judge