IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:19CR163** |
| vs. | |
| DALE CLAYTON GAVER, III, | **ORDER** |
| Defendant. | |

This matter is before the court upon the filing of a petition alleging that the above-named defendant has violated condition(s) of supervision.  The court has been informed that the defendant is in custody on separate federal charges and finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

Deborah D. Cunningham, 900 South 75th Street, Omaha, NE 68114, (402) 334-3900, is appointed to represent the above-named defendant in this matter.  Upon acceptance of this appointment, Deborah D. Cunningham shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED:

1) The Clerk shall provide a copy of this order and the Petition for Offender under Supervision to the Federal Public Defender for the District of Nebraska, and Deborah D. Cunningham.
2) The Clerk shall provide a copy of this order to the above-named defendant.

Dated this 6th day of April, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge